**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MARCUS S ROBERTSON** | **DOCKET NO. 6:23-cv-00599** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNKNOWN DEFENDANT** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Robertson's complaint be DISMISSED in accordance with the provisions of FRCP Rule 41(b)

**THUS DONE AND SIGNED** in chambers this 31st day of May, 2024.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**